IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                   No. MISC 08-146 JAM KJM

   vs.

ERIC KENNEDY,

     Defendant.               <u>ORDER</u>

_____/

     A request for hearing on a claim of exemption from writ of garnishment and supporting documentation has been filed. However, those documents were submitted not by plaintiff, but by a fellow prisoner. Plaintiff is proceeding pro se and may not be represented by a fellow prisoner. Accordingly, IT IS HEREBY ORDERED that the request for hearing is denied.

DATED: January 14, 2009.

006
usa-kennedy.gar

_____
U.S. MAGISTRATE JUDGE