IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08MC00146-JAM-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF GARNISHMENT |
| ERIC W. KENNEDY, ) | (INTEREST IN WITHHELD |
| ) | MONEY) |
| Defendant and ) | |
| Judgment Debtor. ) | |
| ) | |
| ) | |
| ELK GROVE POLICE DEPARTMENT, ) | |
| ) | |
| ) | |
| Garnishee. ) | |
| ) | |

A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee, Elk Grove Police Department, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Eric W. Kennedy ("Judgment Debtor"). The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee had custody or possession of properties (non-earnings), in which the "Judgment Debtor" maintains an interest, as described below:

      1. Evidence Item #17908, approximate value $2,995.00 and Evidence Item

      #18934,    approximate value $10.83

The balance owing by the Judgment Debtor to Plaintiff, the United States of America, on the outstanding criminal judgment is $216,742.08 as of October 30, 2007. Said amount is the

same amount as shown in the Application For Writ of Garnishment (Interest in Withheld Money) filed herein. The Judgment Debtor was served by the Garnishee with the Answer of Garnishee. Although a written objection was filed, it was not filed by the Judgment Debtor and accordingly the request for hearing was denied.

ACCORDINGLY, IT IS ORDERED that the Garnishee, Elk Grove Police Department, shall turn over the sum of $3,005.83 to the United States by check made payable to the Clerk of the Court. Said check must reference Case No. CR S 02-356-DFL on its face and be sent to:

> U.S. Attorney's Office
> 501 "I" Street, Suite 10-100
> Sacramento, California 95814

IT IS FURTHER ORDERED that upon receipt of payment, the above-issued Writ of Garnishment is hereby terminated.

DATED: May 29, 2009.

_____
U.S. MAGISTRATE JUDGE